TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
James.Sweetin@usdoj.gov

*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Anibal Robles,<br><br>Petitioner<br><br>v.<br><br>Kristi Noem, et al.,<br><br>Respondents | Case No. 2:26-cv-00844-CDS-BNW<br><br>**Stipulation and Order to Extend Time to File a Response to Petitioner's Petition (ECF No. 1)**<br><br>**(First Request)**<br><br>[ECF No. 5] |

Petitioner Anibal Robles ("Petitioner") and Federal Respondents ("Federal Respondents"), through undersigned counsel, hereby stipulate and jointly request that this Court extend the due date for Federal Respondent's Response to the Petition from April 8, 2026 to April 15, 2026.

Petitioner's counsel and Federal Respondents counsel, AUSA James Sweetin, have conferred via email regarding the need for an extension of time. Should this Court grant this request, the Response to the Petition would be due on or before April 15, 2026. Federal Respondents have good cause to request this extension of time. Federal Respondents' counsel needs additional time to review all responsive information regarding the Petition from its clients to meaningfully respond to the Petition.

This is Federal Respondent's first request for an extension. This request is made in good faith and not for the purpose of undue delay.

Respectfully submitted this 7th day of April 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Jeremy Mondejar
JEREMY MONDEJAR, ESQ.
Nevada Bar No. 11213
2885 E. Charleston Blvd., Suite 103
Las Vegas, Nevada 89104

/s/ James R. Sweetin
JAMES R. SWEETIN
Assistant United States Attorney

Attorney for Petitioner

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 9, 2026

Because Kristi Noem is no longer the DHS Secretary, the Clerk of Court is kindly directly to substitute her name with Markwayne Mullin. Mullin will be the named defendant in place of Noem going forward. Likewise, because Pamela Bondi is no longer the Attorney General, the Clerk of Court is also directed to substitute her with Todd Blanche, Acting Attorney General.